Argued July 21, affirmed July 21, petition for rehearing denied
August 10, petition for review denied September 21, 1971

STATE OF OREGON, *Respondent, v.*
CLAUDE L. JOHNSON, *Appellant.*

487 P2d 99

*J. W. Darr,* Hillsboro, argued the cause and filed the brief for appellant.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. On the brief were Lee Johnson, Attorney General, Jacob B. Tanzer, Solicitor General, and G. Eric Lonnquist, Special Assistant Attorney General, Salem.

Before Schwab, Chief Judge, and Foley and Thornton, Judges.

Affirmed from the bench.